UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

OCALA DIVISION

MARK EKWEM

PLAINTIFF                                              CASE NO. : 5:08-cv-350-WTH-GRJ

VS.

CREATIVE CONCEPTS LEARNING

FACILITY, INC. AND

KARENA MABRY

_____/

STIPULATION OF SETTLEMENT, SATISFACTION,
AND VOLUNTARY DISMISSAL UNDER RULE OF CIV. PROC. 41 A(ii)

All parties who have appeared in this action join in stipulating to the voluntary dismissal of this action and all claims stated against Karena Mabry and Creative Concepts Learning Facility, Inc. and state in support the following:

1. The parties have settled all claims and satisfied all claims brought in this lawsuit against Karena Mabry and Creative Concepts Learning Facility, Inc.
2. The settlement and satisfaction was completed as of Nov. 29, 2010.
3. Both parties join in stipulating under Rule 41 of the Rules of Civil Procedure A(ii) to the voluntary dismissal of all claims by Mark Ekwem against Creative Concepts Learning Facitlity, Inc. and Karena Mabry, with prejudice.

_____                        _____
Eric D. Frommer, Attorney                         Edwin R Ivy, Attorney
for Mark Ekwem                                    for Karena Mabry and Creative
                                                  Concepts Learning Facility, Inc.
Fl. Bar no. 0023163                               Fl. Bar no. 0273643
efrommer@fisherfrommer.com                        edivy@bellsouth.net
270 Waymont Ct., Suite 110                        Box 3223, Orl., Fl. 32802
Lake Mary I, Fl. 32746                            407 841 2500
date 2/14/2012                                    date 2/15/2012