UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARK EKWEM,

    Plaintiff,

v.                                          Case No. 5:08-cv-350-Oc-TBS

CREATIVE CONCEPTS LEARNING
FACILITY, INC., a/k/a Marby, KARINA MARBY

    Defendants.
_____

## ORDER

This matter comes before the Court sua sponte. The undersigned held a hearing on March 26, 2012 in consideration of the parties' proposed settlement agreement (Doc. 44). For the reasons set forth at that hearing, it is hereby ORDERED that the parties shall have through April 10, 2012 to file a proposed settlement agreement that comports with the legal precedent established by Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982) and its progeny.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 26, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel